IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3103 |
| | ) | |
| v. | ) | |
| | ) | |
| ERICA GARCIA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the government's oral request and with the parties' consent,

IT IS ORDERED:

1) The defendant's oral motion to continue the Motion Hearing and Change of Plea Hearing is granted. The hearings are continued to July 6, 2011 at 11:00 a.m. before Magistrate Judge Zwart.

2) The ends of justice served by granting the government's request to continue the Motion Hearing and Change of Plea Hearing outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the anticipated plea of guilty, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act, for the reason that the government requested a continuance, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

DATED this 29th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge