IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3103 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ERICA GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The plaintiff's unopposed motion to continue sentencing (filing 61) is granted.

(2)   Defendant Garcia's sentencing is continued to Tuesday, October 11, 2011 at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated September 26, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge